**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **TELINIT TECHNOLOGIES, LLC** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:12-cv-697** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **RINGCENTRAL, INC.** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Joint Motion to Dismiss all claims with prejudice between plaintiff, Telinit Technologies, LLC and defendant RingCentral, Inc., the Joint Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendants are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 27th day of February, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE